IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

SZ DJI TECHNOLOGY CO. LTD.,
    Plaintiff,

v.                                Civil No. 1:23cv931 (DJN)

BELL TEXTRON INC. *et al.*,
    Defendants.

## ORDER
### (Granting in Part and Denying in Part Defendants' Motion to Transfer or Stay; Denying as Moot Bell Canada's 12(b)(2) Motion)

This matter comes before the Court on three motions. First, Bell Textron Inc. ("Bell") and Bell Textron Canada Ltd. ("Bell Canada") (collectively "Defendants") filed their Motion to Transfer, Or, In the Alternative, To Stay ("Motion to Transfer or Stay" (ECF No. 32)), moving the Court to transfer this action to the Northern District of Texas or to stay this case. Second, Bell Canada filed its Motion to Dismiss for Lack of Personal Jurisdiction ("12(b)(2) Motion" (ECF No. 26)), moving the Court to dismiss this action with respect to Bell Canada pursuant to Federal Rule of Civil Procedure 12(b)(2). And, lastly, Defendants filed their 12(b)(6) Motion to Dismiss Pre-Suit Willful Infringement, Pre-Suit Induced Infringement and Pre-Suit Contributory Infringement ("12(b)(6) Motion" (ECF No. 29)), moving the Court to partially dismiss this action for failure to state a claim upon which relief can be granted.

For the reasons stated in the accompanying Memorandum Opinion, the Court hereby GRANTS IN PART and DENIES IN PART Defendants' Motion to Transfer or Stay (ECF No. 32). The Court TRANSFERS this case to the Northern District of Texas, the more appropriate and convenient forum for this case. As such, the Court will refrain from addressing

Defendants' 12(b)(6) Motion (ECF No. 29) to allow the transferee court to make a ruling. In

addition, the Court will DENY AS MOOT Bell Canada's 12(b)(2) Motion (ECF No. 26).

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Date: October 6, 2023

2